```
                              FILED
                          08 JAN -9 PM 3:19

                          BY:           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   08 CR 0088 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| ALICIA MARIE CODERA (1),<br>CINDY PALOMINO (2), | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, |
| Defendants. | ) U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about December 17, 2007, within the Southern District of California, defendants ALICIA MARIE CODERA and CINDY PALOMINO did knowingly and intentionally import approximately 12.38 kilograms (27.23 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

JDM:fer:Imperial
1/8/08



Count 2

On or about December 17, 2007, within the Southern District of California, defendants ALICIA MARIE CODERA and CINDY PALOMINO did knowingly and intentionally possess, with intent to distribute, approximately 12.38 kilograms (27.23 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney