PS 8
(8/88)

# United States District Court
### for
## SOUTHERN DISTRICT OF CALIFORNIA



U. S. A. vs. CODERA ALICIA, MARIE                                   Docket No. 07MJ8996-001

### Petition for Action on Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Alicia Marie Codera who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 18th day of December, 2007, under the following conditions:

not commit a federal, state, or local crime during the period of release; make all court appearances; restrict travel to Southern and Central Districts of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination of both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Condition violated: not possess or use any narcotic drug or other controlled substance without a lawful medical prescription.

1. On January 3, 2008, the defendant submitted a urine sample which confirmed positive for amphetamine, methamphetamine and THC metabolite.

    Grounds for violation: The undersigned received and reviewed written notification from the U.S. Pretrial Services laboratory which confirms the sample provided by the defendant on January 3, 2008, tested positive for amphetamine, methamphetamine, and THC metabolite. Ms. Codera further admitted using methamphetamine on January 1, 2008, and marijuana on January 3, 2008.

2. On January 9, 2008, the defendant submitted a urine sample which screened positive for amphetamines.

    Grounds for violation: The undersigned received and reviewed written notification from the U.S. Pretrial Services laboratory which states the sample provided by the defendant on January 9, 2008, screened positive for amphetamines. Ms. Codera admitted using methamphetamine on January 7, 2008.

Condition violated: report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer.

3. On January 8, 2008, the defendant failed to report for drug testing as directed by Pretrial Services.

   Grounds for violation: On January 7, 2008, the defendant was instructed by the undersigned to report for drug testing on January 8, 2008. The defendant failed to report to Pretrial Services as directed on January 8, 2008.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT TO COURT FOR AN ORDER TO SHOW CAUSE HEARING AS TO WHY HER BOND SHOULD NOT BE REVOKED ON JANUARY 15, 2008, AT 1:30 P.M.

ORDER OF COURT

Considered and ordered this __15th__ day of __JAN__, 20_08_ and ordered filed and made a part of the records in the above case.

U. S. Magistrate Judge Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __1/14/08__

Respectfully,

Yolanda German, U.S. Pretrial Services Officer

Place   __El Centro, California__

Date    __1/14/08__