FID# 1436465
USMS# 05807-298

AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Alicia Marie Codera

08 JAN 31 PM 12:36

**WARRANT FOR ARREST**

BY: _____ DEPUTY

**CASE NUMBER:** 08CR088-BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Alicia Marie Codera

                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

[X] Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Bail fixed at $ _____ NO BAIL

Clerk of the Court
Title of Issuing Officer

January 15, 2008 El Centro, CA 92243
Date and Location

by _____ The Honorable Peter C. Lewis
                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at PALM SPRINGS, CA. |

| DATE RECEIVED 01/16/08 | NAME AND TITLE OF ARRESTING OFFICER ROBERTO VAZQUEZ, DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/28/08 | | EXECUTED J. Brambila |

CRIMINAL WARRANTS DSK

VAZQUEZ