| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | CHRISTOPHER P. TENORIO |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 166022 |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-7843/(619) 557-7381 (Fax) |
| 5 | Email: Christopher.Tenorio@usdoj.gov |
| 6 | Attorneys for Plaintiff |
|   | United States of America |
| 7 | |

                        UNITED STATES DISTRICT COURT

                       SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0088-BTM |
|---|---|---|
|         Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
|         v. | ) | |
| ALICIA MARIE CODERA (1), | ) | |
| CINDY PALOMINO (2), | ) | |
|         Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   February 7, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney


                                     s/ *Christopher P. Tenorio*
                                    CHRISTOPHER P. TENORIO
                                    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALICIA MARIE CODERA (1), )<br>CINDY PALOMINO (2), )<br>)<br>Defendants. )<br>_____ ) | Case No. 08CR0088-BTM<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Howard Frank, Esq.; John Ellis, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008.

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney