# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR88-BTM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| ALICIA MARIE CODERA | ) | Booking No. 05807298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/21/08__ the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [X] Defendant released on $ __10,000 P/S__ bond posted. (POSTED 12/18/07)
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [X] Other. Dft to be released Monday 3/24/08 by 10AM to PTS, to then enter CRASH program. Pls call 619-520-9209 (TAMMY RIEDLING) Bond Re-instated 3/21/08

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by
J. Jaubert
Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)                                  ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY