PROB 12C
(04/05)

April 4, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

**Name of Defendant:** CODERA, Alicia Marie (English)        **Dkt No.:** 08CR0088BTM-001
    Charged As: (same)

**Reg. No.:** 05807-298

**Name of Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Next Court Date:** June 20, 2008, at 8:30 a.m. for sentencing.

**Original Offense:** Importation of Marijuana

**Date Conditions of Release Imposed:** December 18, 2007, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Bond set at $10,000 personal appearance bond, signed by the defendant. Restrict travel to the Southern and Central Districts of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment.

**Modification:** On March 21, 2008, bond set at $10,000 secured by one additional surety, to be provided within ten (10) days of release. To be released to the custody of Pretrial Services on May 24, 2008 on or before 10:00 a.m. and to be transported to CRASH program where the defendant is required to enter into, participate in good faith and successfully complete the program.

**Date Supervision Commenced:** December 19, 2007

**Asst. U.S. Atty.:** Christopher Tenorio        **Defense Counsel:** Howard B. Frank (Appointed)
    (619) 574-1888

**Prior Violation History:** On January 2, 2008, the Pretrial Services office submitted a violation letter informing Judge Lewis that Ms. Alicia Codera violated the conditions of her pretrial release by traveling to Arizona without permission from the Court. The defendant returned to California as directed by our office and Judge Lewis agreed to hold action in abeyance.

Name of Defendant: CODERA, Alicia Marie  April 4, 2008
Docket No.: 08CR0088BTM-001  Page 2

On January 14, 2008, the Pretrial Services office submitted additional correspondence to the Court regarding the submission of urine specimens which screened positive on January 3 and 9, 2008. Ms. Codera admitted to our agency she used methamphetamine and marijuana prior to the January 3, 2008, test and methamphetamine prior to the January 9, 2008, test. Additionally, the defendant failed to report to Pretrial Services in El Centro, California as instructed on January 8, 2008.

The defendant failed to appear for court before Judge Lewis on January 5, 2008, and a warrant was issued for her arrest. Ms. Codera was later arrested and appeared before Judge Lewis on February 25, 2008, where she admitted to the allegations of submitting two positive urine specimens and failing to report to Pretrial Services as directed.

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|---|
| **(Standard Condition)**<br>Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO. | 1. | On March 24, 2008, Ms. Codera failed to report to the pretrial services officer as directed. |

***Grounds for Revocation:*** Ms. Codera was ordered to be released to our custody, on March 21, 2008, by Judge Leo S. Papas, however a hold was placed by the Riverside County Sheriffs Office (warrant number INFO60398) and she was released to their custody on March 24, 2008. Our office verified she was released from custody by the Riverside Sheriffs Office on March 24, 2008. Her assigned officer left a message for Ms. Codera however she failed to report and has yet to contact our office for further supervision instructions. Her current wherabouts are unknown. Additionally, her attorney is also unable to contact her.

## VIOLATION SENTENCING SUMMARY

### SUPERVISION ADJUSTMENT

Ms. Codera originally commenced pretrial release on December 17, 2007. However, due to her failure to report to Pretrial Services, the submission of two positive urine specimens, and her failure to report for court on January 15, 2008, she remained in custody after her arrest on the warrant from January 28, 2008, to March 24, 2008. On March 21, 2008, the Honorable Judge Leo S. Papas modified her conditions of release to require Ms. Codera to obtain an additional surety and be released to Pretrial Services so she can enter, participate, and complete the CRASH residential drug treatment program. Due to an outstanding warrant from Riverside Superior Court, Ms. Codera was not released to our agency and instead was removed by the Riverside County Sheriffs Office.

Our office confirmed with the Riverside County Sheriff's Office that Ms. Codera was released on March 24, 2008, after a $5,000 bond was posted on INF060398 (Possession of Controlled Substances). She is scheduled to appear again in their court on April 23, 2008, at the Indio Superior Court.

The assigned Pretrial Services officer left messages for Ms. Codera to call our office and also contacted her attorney, Howard Frank, who indicates he is also attempting to reach his client. Attempts to locate and contact Ms. Codera were futile, therefore based on her failure to report, it is apparent her supervision adjustment is very poor.

### DEFENDANT PERSONAL HISTORY/CHARACTERISTICS

Ms. Alicia Marie Codera is a twenty year old United States citizen. According to the defendant, she is in good health and does not suffer from any mental illnesses. The defendant reportedly completed high school and was unemployed at the time of her arrest.

Ms. Codera reported never having been married nor having any children. She reported she was living with her mother and step-father in the Palm Springs area while on pretrial release.

PROB 12C

Name of Defendant: CODERA, Alicia Marie  April 4, 2008
Docket No.: 08CR0088BTM-001  Page 4

## RECOMMENDATION/JUSTIFICATION

Ms. Codera's behavior, clearly demonstrates her failure to take supervision seriously and her blatant disregard towards the judicial system. Based upon her conduct, it is evident Ms. Codera failed to learn her lesson from the prior revocation proceedings. Ms. Codera was given an opportunity by the Court and instead of contacting our office for further supervision instructions, her whereabouts remain unknown. Therefore we request a no bail warrant for her arrest.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: April 4, 2008**

Respectfully submitted:  Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by *Charlene Delgado*  *Sean M Ketcham*

Supervising U.S. Pretrial Services Officer  Deputy Chief U.S. Pretrial Services Officer
(619) 557-2992

**THE COURT ORDERS:**

✓     A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_/s/ Barry Ted Moskowitz_                                          4-8-2008
The Honorable Barry Ted Moskowitz                  Date
U.S. District Judge



Client ID: 218010
Client Name: CODERA , Alicia Marie
Officer: Riedling, Tammy