# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR0088-BTM |
| ) | |
| vs ) | ABSTRACT OF ORDER |
| Alicia Marie Codera ) | Booking No. 05807298 |
| ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **September 5, 2008** the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ✓ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- ✓ Defendant sentenced to TIME SERVED, supervised release for **3** years.
- ___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

**BARRY TED MOSKOWITZ**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ (Deputy Clerk)

Received _____ DUSM

Crim-9 (Rev 6-95)       ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY